No. 96–361. HILL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 78 F. 3d 1307.

No. 96–375. AL-HARBI *v.* CITIBANK, N. A., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–376. WILLBANKS *v.* KECK ET AL. Ct. App. Ariz. Certiorari denied.

No. 96–385. STEVENS *v.* McGINNIS, INC.; and
No. 96–396. McGINNIS, INC. *v.* STEVENS. C. A. 6th Cir. Certiorari denied. Reported below: 82 F. 3d 1353.

No. 96–394. PICKETT *v.* CITY OF WARR ACRES ET AL. Ct. App. Okla. Certiorari denied.

No. 96–404. ROMERO, INDIVIDUALLY AND AS LEGAL REPRESENTATIVE OF THE ESTATE OF ROMERO *v.* THOMPSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–408. LEXIE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF LEXIE, DECEASED *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. Sup. Ct. Va. Certiorari denied.

No. 96–412. ELLERBEE *v.* COBB COUNTY SCHOOL BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–413. COX *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 96–422. TURNER *v.* INVESTEK FINANCIAL CORP. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–427. JOHNSON *v.* REICH, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 96–443. COUGHLIN *v.* BAPTIST MEDICAL CENTER PRINCETON ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–448. IN RE ASAM. Ct. Civ. App. Ala. Certiorari denied.

No. 96–458. WAITE *v.* HIPPE ET AL. C. A. 8th Cir. Certiorari denied.